Dismissed and Memorandum Opinion filed March 25, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00899-CV

____________

 

PRIMECO AUTO TOWING, L.L.C., Appellant

 

V.

 

CINTAS CORPORATION, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 908722

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed August 4, 2009.  On March 22, 2010, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Yates, Seymore, and Brown.